## LIPPINCOTT, JOHNSON & COMPANY, Appellant, v. HERMAN.

### Division Two, February 1, 1904.

Appeal from Greene Circuit Court.—*Hon. Jas T. Neville,* Judge.

AFFIRMED.

*Heffernan & Heffernan* for appellant.

*W. D. Tatlow* for respondent.

FOX, J.—The same questions are involved in this case that are determined in the case of Goodman v. Herman, 172 Mo. 344. Adopting the views as expressed in that case, the judgment in this cause will be affirmed. All concur.